**Order entered September 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00290-CR**
**No. 05-20-00292-CR**

**JAMES ARNAZ RANDLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-30614-P & F17-30615-P**

**ORDER**

Before the Court is Bruce Anton's September 17, 2020 motion to withdraw as counsel for appellant. We **GRANT** the motion. We **DIRECT** the Clerk to remove Bruce Anton as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We **ORDER** the trial court to transmit a supplemental clerk=s record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Bruce Anton; to the Dallas District Attorney's Office, Appellate Division; and to James Arnaz Randle, TDCJ# 02204210, Beto Unit, 1391 F.M. 3328, Tennessee Colony, Texas 75880.

We **ABATE** these appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel.


/s/     LANA MYERS
JUSTICE